AO 91 (Rev. 11/11) Criminal Complaint

DOA
04/22/2024

# UNITED STATES DISTRICT COURT
for the District of Arizona

| | |
|---|---|
| United States of America<br>v.<br><br>Kendrick Shreve<br>USC<br><br>*Defendant(s)* | Case No.<br><br>24-3169MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about April 22, 2024, in Pinal County, in the District of Arizona, Kendrick Shreve, knowing and in reckless disregard of the fact that a certain alien, namely: Juan Jose Campos-Gallegos, had come to, entered, and remained in the United States in violation of law, did knowingly transport and move said alien within the United States by means of transportation and otherwise, in furtherance of such violation of law.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (a)(1)(B)(ii).

This criminal complaint is based on these facts:

See attached Statement of Probable Cause, incorporated by reference herein.

☒ Continued on the attached sheet.

*MD*
Reviewed by AUSA Matthew Doyle for
AUSA Vanessa Kubota

ROGER E CLARKE
Digitally signed by ROGER E CLARKE
Date: 2024.04.23 14:02:44 -07'00'

*Complainant's signature*

Roger E. Clarke, Border Patrol Agent

*Printed name and title*

Sworn to before me and subscribed telephonically.

Date: April 23, 2024

M Morrissey

*Judge's signature*

City and state: Phoenix, Arizona

Honorable Michael T. Morrissey, U.S. Magistrate Judge

*Printed name and title*

**STATEMENT OF PROBABLE CAUSE**

I, Roger E. Clarke, Border Patrol Agent of United States Border Patrol, being duly sworn, declare and state as follows:

**INTRODUCTION AND BACKGROUND OF AFFIANT**

1. Your Affiant is a Border Patrol Agent with United States Border Patrol, United States Customs and Border Protection. I have been assigned to the Casa Grande Border Patrol Station over the last 15 years and have held several assignments throughout my career. I spent five years with the Processing Unit where my duties entailed A-File creation utilizing the E3 Processing System, and requesting and reviewing criminal and immigration histories to determine which processing path is appropriate under the current guidelines based on the Immigration and Nationality Act as well as Border Patrol and Tucson Sector Guidelines. I have also reviewed and approved numerous Alien Smuggling cases while I was assigned as an Acting Supervisory Border Patrol Agent and am familiar with the elements necessary to case building. I have been assigned to the Casa Grande Border Patrol Station Prosecutions Office since August of 2023 and have been the case agent for numerous Alien Smuggling cases over the last several months.

2. In preparing this Affidavit, I conferred with other law enforcement officials, who share the opinions and conclusions stated herein. I have personal knowledge of the following facts or have learned them from other law enforcement officers. I also relied on my training, experience, and background in law enforcement to evaluate this information. Since this Affidavit is being submitted for the limited purpose of establishing probable cause for a complaint, I have not included each and every fact or source of information establishing the violation of federal law.

**PROBABLE CAUSE**

3. On April 22, 2024, at approximately 9:38 p.m., Officer Reynaldo Lugo Jr. of the Arizona Department of Public Safety (AZDPS) was travelling westbound on Interstate 10 near mile marker 208. While travelling westbound, Officer Lugo saw a white Dodge Ram bearing Arizona License Plate 70A5BT driving in the far-left lane at approximately

75 miles per hour (mph). Officer Lugo saw four other cars behind the Dodge Ram attempting to pass but they were unable. Officer Lugo then saw some of those cars pass the Dodge Ram through the center lane on the Dodge Ram's right. The Dodge Ram then made an unsafe lane change to the center lane and nearly collided with a tractor-trailer truck that was travelling in the far-right lane. Based on what he saw, Officer Lugo initiated a traffic stop on the Dodge Ram, which yielded at mile post 204.

4. Officer Lugo approached the Dodge Ram on the passenger side to request the driver's license, registration, and proof of insurance. The driver identified himself as Kendrick Shreve (SHREVE) through his valid Arizona driver's license. Officer Lugo noticed that the front seat passenger was an adult male wearing camouflage clothing. Officer Lugo also saw that at the front seat passenger's feet there was another man in camouflage clothing laying on the floorboard and who appeared to be asleep. Officer Lugo also saw four more men in the backseat also wearing camouflage clothing and appearing to be asleep. When asked, SHREVE told Officer Lugo that he did not know his passengers. None of the passengers appeared to understand English. At that time, suspecting that he had encountered a possible alien smuggling event, Officer Lugo then contacted AZDPS Dispatch to request Border Patrol assistance. Officer Lugo then proceeded to issue a citation to SHREVE for violations of A.R.S. § 28-721(A) (Failure to Drive on Right Side of Road) and A.R.S. § 28-729.1 (Unsafe Lane Change).

5. At approximately 10:27 p.m., Border Patrol Agents (BPAs) Jeremy Geller and Edgar Vazquez responded from the Casa Grande Border Patrol Station to the location of the traffic stop. BPAs Geller and Vazquez met with Officer Lugo who provided a synopsis of the encounter. BPAs Geller and Vazquez then proceeded to conduct an immigration inspection on all occupants of the Dodge Ram. BPAs Geller and Vazquez determined Kendrick SHREVE was a U.S. citizen, but that his six passengers, identified as Luis Manuel Campos-Gallegos, Jose Jesus Campos-Gallegos, Juan Jose Campos-Gallegos, Eduardo Castro-Cruceno, Gerardo Ontiveros-Rodriguez and Miguel Ruiz-Hernandez, were all citizens and nationals of Mexico without any authorization to reside

legally within the United States. All seven subjects were then taken into Border Patrol custody and transported to the Casa Grande Border Patrol station for further processing.

6. At the Casa Grande Border Patrol station, BPAs electronically recorded the subjects' fingerprints and submitted them for electronic analysis to determine the subjects' had any previous criminal or immigration history. It was confirmed that none of the Mexican citizens had any current, pending, or archived visas or permissions that would allow them to be lawfully present in the United States.

7. April 23, 2024, at approximately 12:43 a.m., BPAs Francisco Carruth and Jeremy Jacobs advised SHREVE of his *Miranda* rights using Service Form I-214. SHREVE indicated that he understood his rights and declined to make a statement without an attorney present.

8. On April 23, 2024, at approximately 12:49 a.m., BPAs Hector Gonzalez-Hernandez and Edgar Vazquez conducted a custodial interview with Juan Jose Campos-Gallegos. Juan Jose Campos-Gallegos stated that he is a citizen and national of Mexico without any authorization to reside legally within the United States. Campos-Gallegos stated that he made his arrangements to be smuggled into the United States with a smuggler named "Lupe". Campos-Gallegos told BPAs that he was to pay $10,000 USD to be smuggled into the United States and transported to his final destination in Houston, Texas. Campos-Gallegos stated that he traveled with his two brothers and a friend from Zacatecas, Mexico to a house in Sonoyta, Sonora, Mexico. Campos-Gallegos stated that at that unknown house, he and his brothers met with a smuggler and paid $2,000 USD in mafia fees to cross into the United States. Campos-Gallegos stated that they crossed the International Boundary Fence near Lukeville, Arizona on April 22, 2024 at approximately 11:00 a.m. in a group of six. Campos-Gallegos stated that the group walked for approximately five or six hours until they reached a paved road where they waited. Campos-Gallegos stated that at approximately 6:00 P.M, a white crew cab truck arrived with a male driver. Campos-Gallegos stated that the group all got into the truck. Campos-Gallegos described the driver as a white Caucasian male around 49 to 50 years old, tall,

and wearing glasses and a black tank top. Campos-Gallegos further stated that the driver only spoke English. Campos-Gallegos stated that they were driving for approximately two-and-a-half hours heading toward Phoenix, until the truck was stopped by police. Campos-Gallegos was shown a six-person photographic lineup with SHREVE's photograph listed as photograph number five. Campos-Gallegos positively identified SHREVE as the driver of the truck that picked them up and transported them toward Phoenix.

9. Based on the facts and circumstances stated in this Affidavit, I submit there is probable cause to believe that the defendant, Kendrick Shreve, knowing or in reckless disregard of the fact that a certain alien, namely: Juan Jose Campos-Gallegos, had come to, entered, or remained in the United States in violation of law, did knowingly transport or move said alien within the United States by means of transportation or otherwise, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (a)(1)(B)(ii).

ROGER E CLARKE
Digitally signed by ROGER E CLARKE
Date: 2024.04.23 14:03:14 -07'00'

Roger E. Clarke
Border Patrol Agent
United States Border Patrol

Sworn to before me and subscribed telephonically on 23rd day of April, 2024.

M Morrissey

HONORABLE MICHAEL T. MORRISSEY
United States Magistrate Judge